ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL IX

| EL PUEBLO DE PUERTO RICO<br><br>Parte Recurrido<br><br>V.<br><br>JORGE MANUEL BLASINI CRUZ<br><br>Parte Recurrente | TA2026CE00094 | *REVISIÓN JUDICIAL* procedente del Tribunal de Primera Instancia, Sala Superior de Carolina<br>_____<br>Caso Núm.: FVI1999G0054 FVI1999G0265 FVI1999G0266<br>_____<br>SOBRE:<br>ART. 83 CP ART. 6 LA ART. 8 LA |

Panel integrado por su presidenta la Juez Brignoni Mártir, el Juez Salgado Schwarz y la Juez Aldebol Mora.

Salgado Schwarz, Carlos G., Juez Ponente

# **RESOLUCIÓN**

En San Juan, Puerto Rico, a 28 de enero de 2026.

Examinado el *Certiorari* presentado por Jorge Manuel Blasini Cruz el 20 de enero de 2026, disponemos lo siguiente:

Luego de un estudio sosegado del expediente ante nos, procede abstenernos de ejercer nuestra función revisora, por lo que denegamos la expedición del auto de certiorari. Véase, Regla 40 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 40.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.


*Lcda. Lilia M. Oquendo Solís*
*Secretaria del Tribunal de Apelaciones*